**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Crim. Action No. 1:24CR106(JEB)** |
| **TROY KOEN,** | |
| **Defendant.** | |

## MOTION TO CONTINUE CHANGE OF PLEA HEARING DATE

Troy Koen, through counsel, respectfully moves this Court to continue the change of plea hearing in this case from September 12, 2024, at 11:15 a.m. to October 24, 2024. Counsel has conferred with chambers and it appears that the Court is available on October 24, 2024 for the change of plea hearing. In the alternative, Mr. Koen moves the Court to permit Mr. Koen to waive his right to appear in-person and to conduct the hearing over video-teleconference on the presently scheduled date.

Mr. Koen is before the Court charged by Indictment with counts arising from his alleged participation in the events at the U.S. Capitol on January 6, 2021. Assistant Federal Public Defender, Katie Guevara, was appointed to represent Mr. Koen at his Initial Appearance on November 21, 2023. When Ms. Guevara left the Office of the Federal Public Defender for DC in May 2024, Mr. Koen's case was then transferred to the undersigned at which point the government agreed to extend the plea offer. Undersigned counsel began working on this case in May, as soon as the case was transferred. That said, there was—as is true in most January 6 cases—

substantial video evidence to sift through. And as an Assistant Federal Public Defender, counsel was juggling a number of cases at the same time as Mr. Koen's.

As soon as undersigned counsel was able to review discovery, meet with Mr. Koen, and engage in negotiations with the government about the proposed statement of offense, Mr. Koen agreed to accept the plea. Undersigned counsel notified the government that Mr. Koen intended to accept the plea prior to the August 1, 2024 status hearing in this case. To the extent the government complains of delay, it should not be held against Mr. Koen.[1] The delay caused by the turnover of counsel and the need for new counsel to get up to speed were factors out of Mr. Koen's control.

Prior to the August 1, 2024 video status hearing, counsel advised chambers that the parties intended to schedule a change of plea hearing. Because the hearing was ministerial (the parties were setting a date for the plea), the hearing was conducted off the record. As the parties were discussing dates with the Courtroom Deputy, counsel advised that Mr. Koen would be unavailable in September due to his job's mandatory overtime requirement. The Courtroom Deputy advised the Court was not inclined to schedule the change of plea hearing past September. After some back and forth as to the date, the parties agreed to September 12, 2024. However, counsel advised the Courtroom Deputy and the government that the defense may have to request a continuance.[2]

---

[1] The government charged Mr. Koen almost two years after January 6, 2021.

[2] The government's position is as follows: the government defers to the Court. However, the government notes that the defendant's proposed plea hearing date is more than three months after the defendant indicated that he would accept the plea

Mr. Koen is an Ordinance Equipment Mechanic with a defense contractor. He is currently working on the factory floor of a manufacturing company. Due to staffing shortages, his production line is requiring all employees to work mandatory overtime to meet the company's contractual commitments. Contract employees, such as Mr. Koen, must work overtime (48 hours a week) through October 18, 2024. Mr. Koen lives in Brownsburg, Indiana. He would have to take two full workdays off in order to travel to the district for his change of plea hearing. If he cannot fulfill the mandatory overtime requirement, he would subsequently lose his job and only source of income.

Accordingly, Mr. Koen moves the Court to continue his change of plea hearing to October 24, 2024, which is when he will no longer be required to work overtime. Counsel understands that the Court is available on October 24, 2024. In the alternative, he moves the Court to waive his in-person presence for the currently scheduling hearing and conduct it via video-teleconference.

Respectfully Submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____

---

offer. As such, the government believes a plea hearing should be promptly scheduled.

Undersigned counsel recalls that during the off-the-record hearing, the government did not object to scheduling the change of plea hearing around the overtime hours. In any event, Mr. Koen executed the plea paperwork and has stated his intent to accept responsibility. He should not have to lose his job and sole source of income to do so, especially when that can easily be avoided by scheduling the hearing on October 24, 2024.

ELIZABETH MULLIN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500